**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Remy Guirand,<br><br>Petitioner,<br>v.<br><br>DAVID WESLING, Field Office Director, MICHAEL KROL, HSI New England Special Agent in Charge, and DAVID VENTURELLA, Acting Director U.S. Immigrations and Customs Enforcement, and MARKWAYNE MULLIN, U.S. Secretary of Homeland Security.<br><br>Respondents. | Case No. 1:26-cv-14454 |

## INTRODUCTION

1. Petitioner Remy Guirand (A# 240-871-194) is a Haitian national and asylum seeker, who was detained at an ICE check-in today by U.S. Immigration and Customs Enforcement ("ICE").

2. Upon information and belief, he was at that check-in because Respondents had previously released him on terms requiring him to report, and he was complying with those terms when he was taken into custody. The documents establishing when and how Petitioner entered the United States, any prior encounters with immigration officials, and the terms of his release are all in Respondents' possession, as are the records of his arrest at the check-in. The habeas statute asks a petitioner to state the authority for his detention only "if known," 28 U.S.C. § 2242, and requires the custodian to "make a return certifying the true cause of the detention," 28 U.S.C. § 2243.

3. On information and belief, Petitioner was arrested during an ICE check-in at the Burlington ICE Field Office. He had valid TPS status and has a pending asylum application with USCIS. He was detained while with his wife and child.
4. Petitioner's continued detention, on the record currently available to counsel, is not reasonably related to any legitimate governmental purpose and violates the Due Process Clause of the Fifth Amendment. Petitioner respectfully reserves the right to move to amend this Petition, including to add potential claims under the Fourth Amendment concerning the circumstances of his seizure, once counsel has obtained the arrest report, file, and custody records.

## PARTIES

5. Remy Guirand is currently detained by U.S. Immigration and Customs Enforcement ("ICE").
6. Respondent David Wesling is the Field Office Director for ICE Enforcement and Removal Operations in New England and is responsible for the administration of Petitioner's immigration detention.
7. Respondent Michael Krol is the Special Agent in Charge for Homeland Security Investigations in New England.
8. Respondent David Venturella is the Acting Director of U.S. Immigration and Customs Enforcement.
9. Respondent Markwayne Mullin is the Secretary of the United States Department of Homeland Security.
10. All Respondents are solely in their official capacities.

11. Upon information and belief, Petitioner is currently detained within the District of Massachusetts and one or more Respondents exercises legal authority over his custody and detention.

## JURISDICTION AND VENUE

12. This Court has jurisdiction pursuant to 28 U.S.C. § 2241 and 28 U.S.C. § 1331.
13. Venue is proper because Petitioner is detained within the District of Massachusetts.

## STATEMENT OF FACTS

14. Petitioner is a native and citizen of Haiti.
15. On information and belief, Petitioner was at an ICE Check-In at the Burlington ICE Field Office. He has a pending asylum application with USCIS and formally had TPS status.
16. Petitioner remains in ICE custody.

## CLAIM FOR RELIEF

### COUNT I
### Violation of the Due Process Clause of the Fifth Amendment
### (Unreasonable and Unlawful Civil Detention)

17. Petitioner re-alleges the foregoing paragraphs.
18. The Fifth Amendment prohibits civil immigration detention that is arbitrary, excessive, or not reasonably related to a legitimate governmental objective.
19. Under the totality of the circumstances currently known, continued detention violates due process.
20. At minimum, Petitioner is entitled to a prompt, individualized bond hearing, or to immediate release under appropriate conditions of supervision.

**REQUEST FOR LEAVE TO AMEND**

21. Given the exigent, time-sensitive circumstances of Petitioner's detention, counsel has prepared this Petition on the facts presently available. Petitioner respectfully requests leave of Court to amend and supplement this Petition, including to add or refine claims, exhibits, and legal argument, upon receipt of the arrest report, file, custody and bond records, and any other documentation bearing on the legality of Petitioner's arrest and continued detention.

**PRAYER FOR RELIEF**

WHEREFORE, Petitioner respectfully requests that this Court:

A. Assume jurisdiction over this matter;

B. Order Respondents to show cause why the writ should not issue;

C. Enjoin transfer of Petitioner outside the District pending resolution of this Petition;

D. Grant Petitioner leave to amend and supplement this Petition as further facts become available;

E. Declare that Petitioner's continued detention violates the Fifth Amendment;

F. Order a prompt, individualized bond hearing or Petitioner's immediate release under appropriate conditions of supervision; and

G. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

/s/ Jacob Miller
Jacob Miller (BBO # 716474)
CEDC New Bedford

235 North Front St.
New Bedford, MA 02746
(774) 929-0835
jacob@cedcnewbedford.org

*Pro Bono Counsel for Petitioner*

Dated: 09/29/2026