**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| REMY GUIRAND,<br><br>Petitioner,<br>v.<br><br>DAVID WESLING, et al.,<br><br>Respondents. | No. 1:26-cv-14454-MJJ |

**MOTION TO HOLD PETITION IN ABEYANCE**

Now come the Respondents, by and through undersigned counsel, and hereby respectfully request to hold the instant matter in abeyance. The Petition for Writ of Habeas Corpus was filed on September 29, 2026. ECF No. 1. The Respondents response is due today, October 5, 2026. However, all parties agree that the Petitioner is eligible for a bond hearing before the Executive Office for Immigration Review ("EOIR") in light of the First Circuit's decision in *Guerrero-Orellana*, No. 25-2152, 2026 WL 2352042, at *1, 7 (1st Cir. Aug. 13, 2026).[1] Depending on the outcome of such hearing, this Petition may become moot. Respondents, however, oppose immediate release of Petitioner, given his eligibility for a bond hearing. As such, the Respondents respectfully request we hold this matter in abeyance until Petitioner's bond hearing is completed. *Pierre v. Wesling*, No. 26-cv-14075-WGY (D. Mass. 2026).

---

[1] Respondents reserve all rights to appeal and incorporate by reference the legal arguments they presented in *Guerrero Orellana*. Respondents also note the petition for review filed in *Raycraft, et al. v. Lopez-Campos, et al.*, No. 25-1415 (S. Ct.) and that, ultimately, the dispositive issue in this matter is expected to be resolved before the Supreme Court.

The Respondents also respectfully provide the following documents as an exhibit. Exhibit 1, Notice to Appear, Warrant for Arrest of Alien, Notice of Custody Determination.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: October 5, 2026

*/s/ Vincent Engingro III*
Vincent Engingro III
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Vincent.engingro@usdoj.gov

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I, Vincent Engingro III, Special Assistant United States Attorney, hereby certify that I spoke to Petitioner's counsel who objects to such motion.

Dated: October 5, 2026 By: */s/ Vincent Engingro III*
Vincent Engingro III
Special Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 5, 2026 By: */s/ Vincent Engingro III*
Vincent Engingro III
Special Assistant United States Attorney