**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| REMY GUIRAND,<br><br>Petitioner,<br><br>v.<br><br>DAVID WESLING, *et al.*,<br><br>Respondents. | Civil Action No. 1:26-cv-14454-MJJ |

**RESPONDENTS' STATUS REPORT**

Pursuant to this Court's Order (ECF No. 9), Respondents respectfully provide the Court with the following status update on the bond hearing for Remy Guirand:

A bond hearing commenced for the Petitioner on October 8, 2026, pursuant to the Court's Order. *Id.* The Immigration Judge granted a request for change in custody status and granted bond in the amount of three thousand (3,000) dollars. Exhibit 1, Bond Order of the Immigration Judge. Respondents respectfully request this Court dismiss this action as the petition has been granted and the relief ordered by this Court provided.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: October 13, 2026

By: *<u>/s/ Vincent Engingro III</u>*
VINCENT ENGINGRO III
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: (617) 748-3100
Email: Vincent.Engingro@usdoj.gov

## CERTIFICATE OF SERVICE

I, Vincent Engingro III, Special Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 13, 2026

By: */s/ Vincent Engingro III*
VINCENT ENGINGRO III
Special Assistant United States Attorney